J. H. COTTMAN & Co. *v.* UNITED STATES

**No. 4645.**—Invoice dated Casablanca, Morocco, July 19, 1928.
Certified July 20, 1928.
Entered at Baltimore, Md., August 18, 1928.
Entry No. F–429.

(Decided on remand (Reap. Dec. 4061) September 26, 1939)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiffs.
*Webster J. Oliver*, Assistant Attorney General, for the defendant.

McCLELLAND, Presiding Judge: This appeal to reappraisement having been formally abandoned, is hereby dismissed. Judgment will be rendered accordingly.